**Order issued August 2, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-13-00023-CR
_____

**MICHAEL CARL KELLEY, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices O'Neill, Francis, and Fillmore

Based on the Court's opinion of this date, we **GRANT** the April 15, 2013 motion of Celia M. Sams for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Celia M. Sams as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Michael Carl Kelley, TDCJ No. 1833525, Clemens Unit, 11034 Highway 36, Brazoria, Texas, 77422.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE